IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ESMOND L. SANFORD, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Case No. 3:14-cv-00566-MJR-SCW ) |
| DONALD BUNTS, GARY BOST, ROBERT HERTZ, LT. HILL and LT. HOLLENBACK, | ) ) ) ) |
| *Defendants.* | ) |

## AFFIDAVIT

I, Dr. Robert Blankenship, being first duly sworn upon my oath, depose and state as follows:

1. I am a resident of Madison County, Illinois; I am of legal age, have personal knowledge of the facts set forth herein, and if called as a witness, would be competent to testify as to the facts stated herein.

2. At all times relevant to this case I have been employed with the Madison County Sheriff's Department located in Edwardsville, Illinois as the Medical Director of the Madison County Jail.

3. Plaintiff was booked into the Madison County Jail on August 3, 2013.

4. Pursuant to 20 Ill. Adm. Code 701.90(c)(3), which provides, "All detainees confined shall be given a medical screening by a medical doctor, a physician assistant, a nurse practitioner, a registered nurse or a licensed practical nurse within 14 days after confinement, and as required by a medical doctor thereafter," on August 5, 2013, Plaintiff was evaluated by Madison County Sheriff's Office medical staff. During his evaluation, it was noted that Plaintiff's blood pressure was 158/100, which in some instances is considered to be a high blood pressure reading. On August 6, 2013, Plaintiff was again

**EXHIBIT B**

evaluated and it was noted that his blood pressure was 138/100, which in some instances is considered to be a high blood pressure reading. On August 7, 2013, Plaintiff was evaluated and it was noted that his blood pressure was 137/88. As a result of these blood pressure readings, Plaintiff was prescribed HCTZ, which is a medication used to treat high blood pressure.

5. On September 19, 2013, Plaintiff executed a sick call slip requesting a container for his dentures. This request was granted.

6. On September 26, 2013, Plaintiff executed a sick call slip complaining of sleep difficulties and anxiety. On September 27, 2013, Plaintiff was evaluated by medical staff and it was noted that Plaintiff was suffering from sleeplessness and anxiety. I discussed Plaintiff's complaints with medical staff and determined that Plaintiff would be prescribed Desyrel (75 mg. at bedtime). Desyrel is used to decrease anxiety related to depression.

7. On December 21, 2013, Plaintiff executed a sick call complaining of nightmares. On December 22, 2013, Plaintiff was evaluated by medical staff and it was noted that Plaintiff was complaining of nightmares. I discussed Plaintiff's complaints with medical staff and determined that Plaintiff would be prescribed Sinequan. Sinequan is used to treat anxiety and depression.

8. On May 27, 2014, Plaintiff was evaluated by medical staff and it was noted that his blood pressure was 140/90, which is a normal blood pressure reading. As such, I determined that Plaintiff would no longer be given HCTZ.

9. On July 16, 2014, Plaintiff executed a sick call slip complaining of sleep difficulties, and anxiety and depression. On that same date, Plaintiff was evaluated by medical staff. I discussed Plaintiff's complaints with medical staff and determined that Plaintiff's Sinequan dosage would be increased. I also determined that Plaintiff would resume taking HCTZ as his blood pressure reading was 132/86.

10. On August 13, 2014, Plaintiff was transferred to the Illinois Department of Corrections. On his Transfer Summary, it is noted that Plaintiff was being prescribed HCTZ and Sinequan.

_____
Dr. Robert Blankenship

STATE OF ILLINOIS )
                  ) ss
COUNTY OF MADISON )

Subscribed and sworn to before me this 15 day of March, 2016.

_____
Notary Public

"OFFICIAL SEAL"
JAIMIE M. LINTON
Notary Public, State of Illinois
My commission expires 05/07/2018