Page 1

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ILLINOIS


ESMOND L. SANFORD,          )
                            )
   Plaintiff,               )
                            )
       vs.                  )  No. 3:13-cv-00566
                            )
MADISON COUNTY JAIL,        )
DONALD BUNT, GARY BOST,     )
ROBERT HERTZ, LT. HILL      )
and LT. HOLLENBECK,         )
                            )
   Defendants.              )
                            )
```

Deposition of ESMOND LEE SANFORD,
taken on behalf of Defendants
on February 16, 2016

                  INDEX
       Questions by:                    Page

          Ms. Eckert                      4


       Connie S. Lopinot, CSR, RPR
       License No. 084-001441

       Miles Reporting Company
       15 Professional Park, Suite B
       Swansea, IL  62226

**EXHIBIT C**

Page 8

1  were unable to exercise.  Count 4 is, again, a
2  conditions of confinement complaint with regards
3  to your allegation that there was a cold jail
4  cell.  Count 5 is a deliberate indifference claim
5  alleging that you were exposed to Hepatitis C by
6  allowing an infected inmate to use razors that you
7  had to share?
8       A.  Yes, ma'am.
9       Q.  With regard to one of your claims that
10 an unhealthy diet caused high blood pressure, have
11 you been diagnosed with high blood pressure?
12      A.  Yes, ma'am.
13      Q.  When were you diagnosed with high blood
14 pressure?
15      A.  This was in '96.
16      Q.  Do you recall who diagnosed you with
17 high blood pressure?
18      A.  Madison County Jail and IDOC.
19      Q.  Am I correct, Mr. Sanford, that in 1996
20 you were a pretrial detainee at the Madison County
21 Jail?
22      A.  Yes.
23      Q.  During that detention am I correct that
24 it is your testimony that someone from the jail

Page 11

```
 1          A.   I am not sure.  I know it was during the
 2    time of incarceration.
 3          Q.   Do you have just a ballpark recollection
 4    of when you were first prescribed medication for
 5    high blood pressure?
 6          A.   It had to be between 1996 and 2000.
 7          Q.   Now, from 1996 up until today's date,
 8    based on my review of the records, it does not
 9    appear that you were incarcerated from 1996 up
10    until 2015; is that correct?
11          A.   No.
12          Q.   Am I correct that there were some
13    periods of time where you were, I will use the
14    term, "a free man"?
15          A.   Yes, ma'am.
16          Q.   You were living on your own, you were
17    not incarcerated, whether it be the IDOC or
18    Madison County Jail?
19          A.   Right.
20          Q.   During the time period you were not
21    incarcerated or were not a pretrial detainee at
22    Madison County Jail, were you taking your
23    medication for high blood pressure?
24          A.   No, ma'am.
```

1   it.  The honey buns has a high sodium intake they
2   give us in the morning with milk.  With all of
3   those three meals they give us combined together,
4   I could tell.  I got headaches and dizzy.  I kept
5   going to the infirmary about it.  They gave me the
6   water pill which is supposed to help push out the
7   sodium.  That is what the pills are supposed to do
8   is bring down the blood pressure.  At times it
9   worked.  It varied up and down while I was in
10  there.
11       Q.  Did anyone ever inform you that the food
12  served at the Madison County Jail was impacting
13  your high blood pressure?
14       A.  No.  I just knew by coming back and
15  forth to jail a lot that food and the way you eat
16  can also be a component of you having your blood
17  pressure go up.  Everything I was eating was also
18  a component to adding to the problem with my
19  hypertension constantly fluctuating.
20       Q.  Are you currently taking medications for
21  your high blood pressure?
22       A.  Yes, ma'am.
23       Q.  What medications are you taking?
24       A.  Water pill and another pill.  I don't

```
 1        Q.  Do you know what the temperature was?
 2        A.  I don't have a temperature gauge to say
 3   it like that.  Whenever I come through and I ask
 4   them, I ask the guys around, they said, "It feels
 5   like it is below 60, like in the 50s."
 6        Q.  You say that you are subjected to this
 7   cold air after you showered, after you got out of
 8   the shower, would you have a towel to dry off?
 9        A.  Yes.  I was subjected all year round.
10        Q.  Your allegation is that you were
11   subjected to cold air while showering and after
12   showering.  One of my questions is following your
13   exiting the shower, did you have a towel you could
14   dry off?
15        A.  Yes.
16        Q.  Did you have dry clothes to put on?
17        A.  Yes.
18        Q.  While you slept, did you have a blanket?
19        A.  Yes.  That don't mean it is not cold.
20   That don't mean you are not subjected to it
21   neither.
22        Q.  Did you suffer any injuries as a result
23   of these cold temperature?
24        A.  Yeah.  Numb fingers, numb feet, feet
```

```
 1        Q.   Would you rather it be hot?
 2        A.   I would rather it feel like it feel in
 3   here, normal temperature.
 4        Q.   I think it is cold in here.
 5        A.   This isn't cold.
 6        Q.   This isn't the temperature at the
 7   Madison County Jail?
 8        A.   No.  This is all right to me.
 9        Q.   You also, Ms. Sanford, allege you were
10   unable to exercise from October 2013 to April
11   2014?
12        A.   Yes, ma'am.
13        Q.   How many times during that time period
14   were you unable to exercise?
15        A.   None.  I only went to the yard in
16   October once.
17        Q.   Am I correct, Mr. Sanford, that with
18   regards to the time period of October 2013 through
19   April 2014 it is your claim that you were not
20   allowed to go to the recreational yard?
21        A.   Yes, ma'am.
22        Q.   On those dates, during that time period,
23   were you able to exercise in your cell?
24        A.   You can, but the cell was so small.
```

Page 40

```
 1   There ain't too much you can do.
 2        Q.  Could you do push-ups?
 3        A.  Yeah.
 4        Q.  You could do push-ups in your cell?
 5        A.  You could do push-ups, but me having
 6   hypertension, push-ups wouldn't do nothing to
 7   bring down my blood pressure or help me lose
 8   weight.
 9        Q.  Did anyone ever tell you that push-ups
10   wouldn't help with your blood pressure?
11        A.  No.  I seen it on TV, it just builds
12   muscle mass.
13        Q.  What did you see on TV?
14        A.  The guy doing push-ups, they was
15   building muscle mass.
16        Q.  Has anyone ever specifically informed
17   you that doing push-ups would not benefit keeping
18   your blood pressure in check?
19        A.  I asked Dr. Shaw, he said to lift
20   weights and doing push-ups does not work with the
21   cardiovascular system.  In order to work that, you
22   have to walk or jog.  You have to do cardio
23   exercise.
24        Q.  During that time period of October 2013
```

Page 41

```
 1   through April 2014, could you have run in place in
 2   your cell?
 3        A.   I had a cellee.  Not really effectively.
 4        Q.   Could you have run in place in your
 5   cell?
 6        A.   There is a lot of things you can do in
 7   your cell.  Will it be done effectively?  No.
 8        Q.   During that time period, could you have
 9   run in place in your cell?
10        A.   No.
11        Q.   Why is that?
12        A.   I had a cellee.  He was constantly
13   walking around the floor.  The cell is small, half
14   this room.  You could not do a lot in the cell
15   with two people.
16        Q.   Hypothetically if your cellee was in the
17   dayroom and you were in the cell by yourself,
18   could you run in place?
19        A.   You probably could, but you would bump
20   into the bunks.
21        Q.   During that time period of April 2013 to
22   April 2014, were you able to do stretching
23   exercises in your cell?
24        A.   You could stretch.
```

1        Q.   Were you able to do sit-ups in your
2   cell?
3        A.   Yes.
4        Q.   That same time period, October 2013
5   through April 2014, were you able to exercise in
6   the dayroom?
7        A.   Not really, no.
8        Q.   Why is that?
9        A.   Because I kept -- a lot of guys in the
10  jail I didn't get along with.  I didn't feel safe
11  to exercise in the dayroom.
12       Q.   What made you feel unsafe?
13       A.   Aggression.
14       Q.   Did you have issues with these people
15  based on experiences while you were a free person?
16       A.   No.
17       Q.   You just had problems with them based on
18  your detention at the Madison County Jail?
19       A.   It wasn't me.  It was what they heard in
20  the past and going back and forth.  When you
21  pulled the discovery, you saw I had a lot of kites
22  written on me.  People saying I was doing this and
23  that.  It wasn't comfortable to me.  I wasn't
24  going to work out in the dayroom, not around

Page 47

1     Q.  Just one occasion?

2     A.  Just one.

3     Q.  You are sure it was not more than one?

4     A.  I am sure just one.

5     Q.  One occasion in October 2013?

6     A.  Yes, ma'am.

7     Q.  Were you injured when you were brought

8  to the rec yard that day?

9     A.  No, ma'am.

10    Q.  Did you suffer any injury as a result of

11  not being brought to the rec yard?

12    A.  No, ma'am.

13    Q.  Mr. Sanford, you also claim you were

14  exposed to Hepatitis C through the use of razors

15  that were shared by all the detainees.  Do you

16  currently have Hepatitis C?

17    A.  No, ma'am.

18    Q.  Have you been tested?

19    A.  I don't know.  I don't know if they do a

20  process when you come into prison or not.  To the

21  best of my knowledge, I don't know.

22    Q.  To the best of your knowledge, you don't

23  know if you have Hepatitis C?

24    A.  I don't know if I have been tested.

Page 52

```
 1         A.  It is like a razor.  It is a gel you put
 2   on your head to take the hair off.
 3         Q.  Did you have to buy that through the
 4   commissary?
 5         A.  Yes, ma'am.
 6         Q.  How much does that cost?
 7         A.  Five something.
 8         Q.  We already discussed this, am I correct
 9   you don't know if you contacted Hepatitis C?
10         A.  Yes, ma'am.
11         Q.  Have you been diagnosed with any type of
12   medical condition as a result of having to share a
13   razor with your fellow detainees?
14         A.  No, ma'am.
15         Q.  This will piggyback what we already
16   discussed.  It is your testimony you were
17   repeatedly subjected to a cold jail cell?
18         A.  Yes, ma'am.
19         Q.  Were you ever not subjected to a cold
20   jail cell?
21         A.  No.  All the time.
22         Q.  You did have a blanket while with the
23   Madison County Jail?
24         A.  Yes.
```

1      Q.  What were the clothes that they gave
2  you?
3      A.  Like a collared V shirt, like a
4  pullover, like they wear in the medical wards and
5  the same type of pants, but they don't have the
6  string draw.  No socks.  You could buy your own
7  long johns, but not everybody can afford them.
8      Q.  Did you have long johns?
9      A.  Yes, ma'am.  I was fortunate to have
10 that.  They don't give you socks.
11     Q.  Is the medication you were referring to
12 HLTZ?  You said it was HTZ?
13     A.  It is supposed to be HCHTZ,
14 hydrochlorothiazide, something like that.
15         MS. ECKERT:  That may be all I have.
16 Just a moment.
17     A.  Yes, ma'am.
18     Q.  (By Ms. Eckert)  During the time period
19 you allege that you were subjected to cold
20 temperatures, do you have any knowledge as to
21 whether the heat was working or not working at the
22 Madison County Jail?
23     A.  No, ma'am.
24     Q.  Did anyone ever tell you there was no