UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ESMOND L. SANFORD,

    Plaintiff,

v.

MADISON COUNTY JAIL, DONALD BUNT, GARY BOST, ROBERT HERTZ, SHERIFF JOHN D. LAKIN, MAYNARD HILL, ROBERT HOLLENBECK, MADISON COUNTY, ILLINOIS,

    Defendant.

Case No. 14-cv-566-JPG-SCW

## ORDER

This matter comes before the Court on the plaintiff's motion to delay entry of judgment for an additional 30 days (Doc. 153). The Court **GRANTS** the motion (Doc. 153) and **DIRECTS** that judgment of dismissal be entered July 6, 2017.

**IT IS SO ORDERED.**
**DATED: June 2, 2017**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**